UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
IRA FINANCIAL TRUST,                                         :
                      Plaintiff,            :        Case No.

      -against-                                             :

GEMINI TRUST COMPANY, LLC,                                   :

                      Defendant.            :
-------------------------------------------------------------x

### RULE 7.1 STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff IRA Financial Trust hereby states that it is 100% owned by an entity that is owned by two Florida trusts, none of whose trustees and beneficiaries are publicly-held corporations, and that no publicly-held corporation owns 10% or more of its stock.

Dated: New York, New York
       June 6, 2022

                                      **MORGAN, LEWIS & BOCKIUS LLP**

                                      By: *s/ Peter C. Neger*
                                      Peter C. Neger (NY Bar No. 1792266)
                                      101 Park Avenue
                                      New York, NY 10178
                                      Tel: +1.212.309.000
                                      Fax: =1.212.309.6001
                                      peter.neger@morganlewis.com

                                      *Attorneys for Plaintiff IRA Financial Trust*