UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

IRA FINANCIAL TRUST,                             :

                          Plaintiff,          :          Case No. 22-cv-04672 (AT) (JLC)

        -against-                               :

GEMINI TRUST COMPANY, LLC,                  :

                     Defendant.        :

----------------------------------------------------------------x

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Eric Ostroff, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff IRA Financial Trust in this action.

I am a member in good standing of the bar of the State of Florida. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached a declaration pursuant to Local Rule 1.3.

Dated: Miami, Florida
      June 9, 2022

                              Respectfully submitted,

                              _____

                              Eric Ostroff
                              MELAND BUDWICK P.A.
                              3200 Southeast Financial Center
                              200 South Biscayne Blvd.
                              Miami, FL  33131
                              Tel:   +1.305.358.6363
                              Fax:   +1.305.358.1221
                              Email:  eostroff@melandbudwick.com