UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IRA FINANCIAL TRUST,                              :

                Plaintiff,            :   Case No. 22-cv-04672 (AT) (JLC)

    -against-                                    :

GEMINI TRUST COMPANY, LLC,                        :

                Defendant.            :

------------------------------------------------------------x

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Eric Ostroff for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Florida and that his contact information is:

    Eric Ostroff
    MELAND BUDWICK P.A.
    3200 Southeast Financial Center
    200 South Biscayne Blvd.
    Miami, FL  33131
    Tel:   +1.305.358.6363
    Fax:   +1.305.358.1221
    Email:  eostroff@melandbudwick.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for plaintiff IRA Financial Trust in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

DB1/ 130811850.1
DRAFT 06/06/22  5:05PM

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June __, 2022
       New York, New York

                                              _____
                                                    United States District Judge