UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IRA FINANCIAL TRUST,                                :

                              Plaintiff,            :        Case No. 22-cv-04672 (AT) (JLC)

        -against-                                   :

GEMINI TRUST COMPANY, LLC,                          :

                              Defendant.            :

------------------------------------------------------------------x

### DECLARATION OF ALEXANDER E. BRODY IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

I, Alexander E. Brody, declare:

1.      I am associated with the firm of Meland Budwick, P.A.  I submit this declaration in support of my Motion for Admission *Pro Hac Vice* in the above-captioned action.

2.      As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of Florida.

3.      I have never been convicted of a felony.

4.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5.      There are no pending disciplinary proceedings presently against me in any state or federal court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated:  June **9**, 2022

Respectfully submitted,

_____

Alexander E. Brody
MELAND BUDWICK P.A.
3200 Southeast Financial Center
200 South Biscayne Blvd.
Miami, FL  33131
Tel:    +1.305.358.6363
Fax:    +1.305.358.1221
Email:  abrody@melandbudwick.com



_____

Notary Public

My Commission Expires:

ROSEMARY DO NASCIMIENTO
Notary Public - State of Florida
Commission # HH 076307
My Comm. Expires Feb 9, 2025
Bonded through National Notary Assn.

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### ALEXANDER ERIC BRODY

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on NOVEMBER 24, 2020, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this JUNE 6, 2022.

_____

*Clerk of the Supreme Court of Florida*