UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IRA FINANCIAL TRUST,                            :

                Plaintiff,               :            Case No. 22-cv-04672 (AT) (JLC)

    -against-                                      :

GEMINI TRUST COMPANY, LLC,                      :

                Defendant.              :

------------------------------------------------------------x

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Alexander E. Brody for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Florida and that his contact information is:

> Alexander E. Brody
> MELAND BUDWICK P.A.
> 3200 Southeast Financial Center
> 200 South Biscayne Blvd.
> Miami, FL  33131
> Tel:   +1.305.358.6363
> Fax:   +1.305.358.1221
> Email:  abrody@melandbudwick.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for plaintiff IRA Financial Trust in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June __, 2022
      New York, New York

                                                                         _____
                                                                          United States District Judge