AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

<u>IRA Financial Trust Co.</u>
*Plaintiff*
v.
<u>Gemini Trust Company, LLC</u>
*Defendant*

Case No. 22-04672 (PGG)

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: <u>Gemini Trust Company</u>

Date: <u>06/15/2022</u>

<u>    s/Jordan Sagalowsky    </u>
*Attorney's Signature*

Jordan Sagalowsky
*Printed name and bar number*

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001

*Address*

<u>    JSagalowsky@mayerbrown.com    </u>
*E-mail address*

<u>(212)-506-2165</u>
*Telephone number*