UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRA FINANCIAL TRUST,<br><br>                                    *Plaintiff,*<br><br>          v.<br><br>GEMINI TRUST COMPANY, LLC<br><br>                                    *Defendant.* | No. 1:22-cv-04672-AT<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that John F. Baughman of The Law Offices of John F. Baughman PLLC hereby appears as attorney of record for defendant Gemini Trust Company, LLC in this matter and requests that copies of all papers in this action be served upon the undersigned.

Dated:  New York, New York
        June 15, 2022

LAW OFFICES OF JOHN F.
BAUGHMAN, PLLC

By /s/ John F. Baughman

John F. Baughman
299 Broadway – Suite 1816
New York, NY 10007
(212) 548-3212

*Attorney for Gemini Trust Company, LLC*

#196753v1