UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| IRA FINANCIAL TRUST, | : | |
| Plaintiff, | : | Case No. 22-cv-04672 (AT) (JLC) |
| -against- | : | |
| GEMINI TRUST COMPANY, LLC, | : | **NOTICE OF APPEARANCE** |
| Defendant. | : | |

---------------------------------------------------------------x

PLEASE TAKE NOTICE that Barry Kamar and Jennifer Greenberg of Meland Budwick, P.A. hereby appear as counsel for Plaintiff IRA Financial Trust in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby request that copies of all notices and other papers in this case be sent to the undersigned at:

Dated: Miami, Florida
       June 16, 2022

                                       MELAND BUDWICK, P.A.

                                       /*s/Barry Kamar*_____
                                       Barry Kamar (NY Bar No. 4536199)
                                       Jennifer Greenberg (NY Bar No. 4622171)
                                       3200 Southeast Financial Center
                                       200 South Biscayne Blvd.
                                       Miami, FL  33131
                                       Tel:   +1.305.358.6363
                                       Fax:  +1.305.358.1221
                                       Email: bkamar@melandbudwick.com
                                                     jgreenberg@melandbudwick.com