UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRA FINANCIAL TRUST,

                Plaintiff,

-against-

GEMINI TRUST COMPANY, LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/23/2022__

22 Civ. 4672 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed the parties' letters dated June 15 and 16, 2022. ECF Nos. 9, 12. Accordingly,

1. Defendant's request to file a motion to compel arbitration and stay proceedings is GRANTED;
2. By **July 28, 2022**, Defendant shall file its motion.
3. By **August 18, 2022**, Plaintiff shall file its response.
4. By **September 1, 2022**, Defendant shall file its reply, if any.

The Clerk of Court is directed to terminate the motion pending at ECF No. 9.

       SO ORDERED.

Dated: June 23, 2022
       New York, New York

                                                ANALISA TORRES
                                      United States District Judge