UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRA FINANCIAL TRUST,<br><br>          *Plaintiff,*<br><br>  v.<br><br>GEMINI TRUST COMPANY, LLC<br><br>          *Defendant.* | No. 1:22-cv-04672-AT<br><br>Hon. Analisa Torres<br><br>**RULE 7.1 STATEMENT** |

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Gemini Trust Company, LLC ("Defendant," a private non-governmental party), certifies that Defendant is majority-owned by Gemini Space Station, LLC, which in turn is majority-owned by Winklevoss Capital Fund, LLC. No public corporation holds 10% or more of the equity of any such disclosed entity.

Dated: New York, New York
    July 28, 2022

                     JFB LEGAL, PLLC

                     By /s/ John F. Baughman

                       John F. Baughman
                       Maryia Y. Jones
                       Daniel A. Schwartz
                       299 Broadway – Suite 1816
                       New York, NY 10007
                       (212) 548-3212

                     *Attorneys for Gemini Trust Company, LLC*

#204573v3