UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRA FINANCIAL TRUST,<br><br>　　　　　　　　　　　　*Plaintiff*,<br><br>　　　v.<br><br>GEMINI TRUST COMPANY, LLC,<br><br>　　　　　　　　　　　　*Defendant*. | No. 1:22-cv-04672-AT<br><br>Hon. Analisa Torres<br><br>**NOTICE OF APPEARANCE** |

　　　PLEASE TAKE NOTICE that Maryia Y. Jones of JFB Legal, PLLC hereby appears as attorney of record for defendant Gemini Trust Company, LLC in this matter and requests that copies of all papers in this action be served upon her.

Dated: New York, New York
　　　　July 28, 2022

　　　　　　　　　　　　　　　　　　　　　　　JFB Legal, Pllc

　　　　　　　　　　　　　　　　　　　　　　　By /s/ Maryia Y. Jones

　　　　　　　　　　　　　　　　　　　　　　　　　Maryia Y. Jones
　　　　　　　　　　　　　　　　　　　　　　　　　299 Broadway – Suite 1816
　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10007
　　　　　　　　　　　　　　　　　　　　　　　　　(212) 548-3212

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Gemini Trust Company, LLC*