UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRA FINANCIAL TRUST,<br><br>                                    *Plaintiff,*<br><br>v.<br><br>GEMINI TRUST COMPANY, LLC,<br><br>                                    *Defendant.* | No. 1:22-cv-04672-AT<br><br>Hon. Analisa Torres<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Daniel A. Schwartz of JFB Legal, PLLC hereby appears as attorney of record for defendant Gemini Trust Company, LLC in this matter and requests that copies of all papers in this action be served upon him.

Dated: New York, New York
       July 28, 2022

                                                                JFB LEGAL, PLLC

                                                                 By /s/ Daniel A. Schwartz

                                                                     Daniel A. Schwartz
                                                                     299 Broadway – Suite 1816
                                                                     New York, NY 10007
                                                                     (212) 548-3212

                                                                *Attorney for Gemini Trust Company, LLC*