# EXHIBIT 2

# Let's get you started with a Gemini account

**Legal first name**

Legal first name

**Middle name (optional)**

Middle name

**Legal last name**

Legal last name

**Email**

name@your-email.com

**Password**

Hello!2345                                                                 👁

**Location**

🇺🇸  Virginia

Have a promo code?

☐ By creating this account, you agree to our User Agreement and Privacy Policy.

☐ I'm not a robot    reCAPTCHA
                     Privacy - Terms

Create account

Account sign in

Create a business account