# EXHIBIT 3

| Account ID | Exchange User Id | Full Name | User Agreement First Signed Up & Agreed | User Agreement Latest Response | API Agreement First Signed Up & Agreed | API Agreement Latest Response | Registration Emails |
|---|---|---|---|---|---|---|---|
| ▓2072, ▓5190 | 2006559 | ADAM BERGMAN | Oct 04 2019 5:08:03 PM EDT | 2021-04-07 21:07:39.316000 +00:00 | Oct 04 2019 5:08:03 PM EDT | 2021-04-07 21:07:39.316000 +00:00 | abergman@irafinancial.com |
| ▓2072, ▓5190 | 2098394 | TRACY HAM | Nov 06 2019 12:02:31 PM EST | 2020-11-04 20:19:50.638000 +00:00 | Nov 06 2019 12:02:31 PM EST | 2020-11-04 20:19:50.638000 +00:00 | tham@irafinancialtrust.com |
| ▓2072, ▓5190, ▓6844 | 5021316 | DEBORAH PETERSEN | Feb 24 2021 4:24:35 PM EST | 2021-02-24 21:24:35.892000 +00:00 | Feb 24 2021 4:24:35 PM EST | 2021-02-24 21:24:35.892000 +00:00 | dpetersen@irafinancialtrust.com |
| ▓2072, ▓5190, ▓6844 | 5946086 | TAMARA STUDE | Apr 07 2021 2:36:10 PM EDT | 2021-04-07 18:36:11.820000 +00:00 | Apr 07 2021 2:36:10 PM EDT | 2021-04-07 18:36:11.820000 +00:00 | tstude@irafinancialtrust.com |
| ▓2072, ▓5190, ▓6844 | 6425738 | ROXANE BERENS | Apr 21 2021 1:50:55 PM EDT | 2021-04-21 17:50:56.170000 +00:00 | Apr 21 2021 1:50:55 PM EDT | 2021-04-21 17:50:56.170000 +00:00 | rberens@irafinancialtrust.com |
| ▓2072, ▓5190 | 7788954 | TARA NUSS | May 10 2021 1:54:55 PM EDT | 2021-05-10 17:54:56.153000 +00:00 | May 10 2021 1:54:55 PM EDT | 2021-05-10 17:54:56.153000 +00:00 | tnuss@irafinancialtrust.com |
| ▓2072 | 9077716 | WILLIAM MITCHUM | Jun 24 2021 10:26:22 AM EDT | 2021-06-24 14:26:23.537000 +00:00 | Jun 24 2021 10:26:22 AM EDT | 2021-06-24 14:26:23.537000 +00:00 | bmitchum@irafinancial.com |
| ▓2072 | 9077957 | CHANDRAVINOD RAVE | Jun 24 2021 10:46:38 AM EDT | 2021-06-24 14:46:39.542000 +00:00 | Jun 24 2021 10:46:38 AM EDT | 2021-06-24 14:46:39.542000 +00:00 | cvinod@raveinfosys.com |
| ▓2072, ▓5190 | 9591867 | BRENDA BENNING | Jul 28 2021 3:49:32 PM EDT | 2021-07-28 19:49:32.924000 +00:00 | Jul 28 2021 3:49:32 PM EDT | 2021-07-28 19:49:32.924000 +00:00 | BBenning@irafinancial.com |
| ▓2072, ▓5190, ▓6844 | 13348696 | SAMANTHA SCHOLTEN | Nov 01 2021 1:01:12 PM EDT | 2021-11-01 17:01:13.060000 +00:00 | Nov 01 2021 1:01:12 PM EDT | 2021-11-01 17:01:13.060000 +00:00 | sscholten@irafinancialtrust.com |
| ▓2072, ▓5190 | 17350898 | SAMANTHA GABRIEL | Jan 19 2022 9:37:48 AM EST | 2022-01-19 14:37:49.019000 +00:00 | Jan 19 2022 9:37:48 AM EST | 2022-01-19 14:37:49.019000 +00:00 | SGabriel@irafinancial.com |