# EXHIBIT 7

                                                                          Get started

Back to all legal agreements

# API Agreement

Last updated September 22, 2021

## Welcome to the Gemini API

Welcome! Thanks for visiting Gemini, a global digital asset platform. You agree and understand that by accessing or using Gemini's application programming interface (the "API"), you are agreeing to enter into this API agreement (the "API Agreement") and be legally bound by its terms and conditions; *please read them carefully*. If any term or condition of this API Agreement is unacceptable to you, please do not use our API. The table describes which Gemini entity or entities (collectively "Gemini," "we," "us," or "our") you are contracting with:

| YOUR PLACE OF RESIDENCY | SERVICES PROVIDED | YOUR GEMINI ENTITY | CONTACT ADDRESS |
|---|---|---|---|
| - Anywhere else outside of Europe<br><br>- Ireland | - Fiat services<br><br>- Digital Asset services | Gemini Trust Company, LLC NY Entity No: 5002896<br><br>(d/b/a Gemini Exchange, LLC in AZ, CA, DE, FL, ID, IL, KS, KY, MA, MI, MN, NC, ND, NM, OH, OR, SD, UT, and VA; d/b/a Gemini Exchange in AK and WA) | 315 Park Avenue South, 18th Floor New York, NY 10010-3653 |

                                                                                              

| | | | |
|---|---|---|---|
| Europe (excluding Ireland) | -Fiat services | Gemini Europe, Ltd Company No: 11497305 FCA Register No: 900988 | 1 Poultry Office 02-102, London, United Kingdom EC2R 8EJ |
| Europe (excluding Ireland) | -Digital Asset services | Gemini Europe Services, Ltd Company No: 12471710 FCA Register No: 921817 | 1 Poultry Office 02-102, London, United Kingdom EC2R 8EJ |
| United States | -Credit Card | Gemini Constellation LLC | 315 Park Avenue South, 18th Floor New York, NY 10010-3653 |
| United States | -Digital Assets portfolio management services | Bitria, Inc. | 315 Park Avenue South, 18th Floor New York, NY 10010-3653 |

## Using Our API

By accessing or using Gemini's API, you represent and affirm that you are at least 18 years old, have the legal capacity to enter into this API Agreement, and agree to be legally bound by the terms and conditions of this API Agreement in their entirety.

You agree and understand that this API Agreement is subject to the terms and conditions set forth in our User Agreement, which also govern this API Agreement. In case of conflict, the User Agreement shall control.

 

terms used in this API Agreement, if defined in our User Agreement, shall have the meanings set forth in our User Agreement. Your use of our API must comply with Agreement.

Feel free to print and keep a copy of this API Agreement, but please understand th reserve the right to change any of these terms and conditions at any time. But do you can always find the latest version of this API Agreement here on this page.

You agree and understand that by accessing or using Gemini's API following any c this API Agreement, your access or use of Gemini's API shall constitute your agree the amended API Agreement, and you agree to be legally bound by its terms and conditions as amended. You should, therefore, read this API Agreement from time If you do not agree to be bound by this API Agreement, you should not access or Gemini's API.

## Permission

Subject to the terms and conditions set forth in this API Agreement, we hereby gr you a non-assignable, non-exclusive, worldwide, and royalty-free limited license t API. You may not use our API if (i) you are not at least 18 years old and do not hav legal capacity to enter into this API Agreement, (ii) you are a person barred from u API under the applicable laws of the United States or other countries, including th country in which you are resident or from which you use our API, and (iii) you do n to be legally bound by the terms and conditions of this API Agreement in their ent

## Documentation

Our API documentation is available here:

 https://docs.gemini.com/

If you are using our API, please complete our API Use Form, which is available her

https://geminiapi.typeform.com/to/Ryq6yl

This will help us ensure that our API meets your needs.

## Account Data and Transactions

If you would like to use our API to access data specific to your User Account and i related Gemini Account, such as account balances or transaction history (collectiv "Account Data"), or to perform certain actions, such as placing orders on Gemini, need an API key. You can register for an API key here:

 https://exchange.gemini.com/settings/api

 GEMINI                                              Get started

You agree and understand that any OEMS Service Provider must first be authorized to provide OEMS Services, and such authorization will only be granted by us to an OEMS Service Provider that enters into an OEMS Service Provider Agreement with Gemini. OEMS Service Providers are subject to the terms and conditions set forth in such OEMS Service Provider Agreement, as well as the terms and conditions set forth in our User Agreement, our API Agreement, and our Market Data Agreement.

If you are an OEMS Service Provider and would like to request our OEMS Service Provider Agreement, please email bizdev@gemini.com.

## Request Types

The following chart summarizes our API request types and whether or not they require an API key.

| API REQUEST TYPE | API KEY REQUIRED? |
|---|---|
| Gemini Market Data | No |
| Account Data (i.e., account balances, transaction history, pending orders and order status) | Yes |
| Perform actions (i.e., place orders, cancel orders, etc.) | Yes |

## Request Limits

Subject to the terms and conditions set forth in this API Agreement, you are free to use the API within the following limits:

 

| | |
|---|---|
| Public API entry points (i.e., symbol list, public market data, current order book, etc.) | Up to 120 requests per minute |
| Private API entry points (i.e., place orders, cancel orders, account balances, transaction history, pending orders and order status) | Up to 600 requests per minute |

For more information on our rate limiting methodology please see our API documentation. If you require increased limits, please contact us through this form.

## Gemini Market Data

You may use our API to access Gemini Market Data, which is publicly available here: https://docs.gemini.com/

You agree and understand that your access and use of Gemini Market Data is subject to our Market Data Agreement.

**By accessing or using our API, you acknowledge and agree that Gemini Market Data is proprietary to us and protected by applicable intellectual property laws.**

## Authorized Access and Security

When accessing or using our API, you must comply with all of our security policies and procedures at all times. You shall not, and shall not attempt to, reverse-engineer, decompile, disassemble, or otherwise attempt to determine or modify the source code of our API or create any derivative products from our API. Anyone who uses our API to access Account Data or to perform actions on Gemini must authenticate with an API key.

You agree that your login credentials and any other required forms of authentication, where applicable, have been chosen by you, when applicable. You also agree to keep your login credentials and any other required forms of authentication, including your API keys, confidential and separate from each other, as well as separate from any other information or documents relating to your use of Gemini.




*understand that we are not responsible (and you will not hold us responsible) for unauthorized access to or use of your Gemini account(s).*

*You agree to accept responsibility for any charges or losses caused as a result of, connection with, but not limited to, an Order placed or withdrawal request initiate our API with your API key.*

You agree and understand that you are responsible for monitoring your Gemini ac If you notice any unauthorized or suspicious activity in your account or if you beli API key, your login credentials, any other required forms of authentication, and/or other account associated with your Gemini account(s) has been compromised, pl contact us through this form or email fraud@gemini.com and notify us immediately.

## Suspension or Termination

You agree and understand that we may, in our sole discretion, change, suspend, discontinue, or terminate any aspect of our API, or its availability to you, at any tim without notice.

## Indemnification

You shall indemnify, hold harmless and at your expense defend us, our affiliates, and their respective officers, managers, and employees ("Indemnified Persons") fr against any and all losses, claims, demands, and expenses (including reasonable fees of counsel selected by us) arising in connection with any (a) of your or your a or, in the case of OEMS Service Providers subject to an OEMS Service Provider Agreement, Subscribers' (i) breach of this API Agreement, or (ii) willful misconduc negligence; or (b) in the case of OEMS Service Providers subject to an OEMS Ser Provider Agreement, any claim or demand by any Subscriber (or any other Person receives Gemini Market Data or Derived Data, directly or indirectly, from you or yo affiliates) against any Indemnified Person relating to the Gemini Market Data or th thereof. For the avoidance of doubt, the indemnites set forth in this section are in to, and not in place of, those set forth in the User Agreement.

## Warranties and Limitation of Liability

You represent and warrant that you have the requisite authority to enter into this Agreement according to its terms, and its performance does not violate any laws, regulations, or agreements applicable to you.

    Get started

USE, OR OF NON-INFRINGEMENT OR ANY OTHER VIOLATION OF ANY THIRD PARTY INTELLECTUAL PROPERTY RIGHTS. WE AND OUR AFFILIATES DO NOT GUARANTEE OR MAKE ANY WARRANTY CONCERNING THE ACCURACY OR RELIABILITY OF THE API OR ANY GEMINI MARKET DATA, AND DISCLAIM ANY AND ALL LIABILITY (WHETHER IN TORT OR CONTRACT OR OTHERWISE) FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL LOSS OR DAMAGE ARISING FROM ANY INACCURACIES OR OMISSIONS IN, OR ANY DELAY OR LOSS OF ACCESS TO, OR OTHERWISE IN CONNECTION WITH THE USE, STORING, COPYING OR, IN THE CASE OF OEMS SERVICE PROVIDERS SUBJECT TO AN OEMS SERVICE PROVIDER AGREEMENT, REDISTRIBUTION OF, ANY GEMINI MARKET DATA OR THE GEMINI API.

TO THE MAXIMUM EXTENT PERMITTED UNDER APPLICABLE LAW, AND NOTWITHSTANDING ANY OF THE FOREGOING, WE HAVE NO LIABILITY UNDER THIS API AGREEMENT OR OTHERWISE IN CONNECTION WITH YOUR USE OF THE GEMINI MARKET DATA. FOR THE AVOIDANCE OF DOUBT, THE WARRANTIES AND LIMITATIONS OF LIABILITY SET FORTH IN THIS SECTION ARE IN ADDITION TO, AND NOT IN PLACE OF, THOSE SET FORTH IN THE USER AGREEMENT.

## Questions

If you have any questions, would like to provide feedback, or would like more information about our API, please feel free to contact us through this form.

Back to all legal agreements

The most trusted crypto-native finance platform

Create a free Gemini account in minutes



Get started

## Stay up to date

Email address

Subscribe

| Company | Products | Initiatives | Partners | Support | Resources |
|---|---|---|---|---|---|
| About Us | Gemini | Frontier Fund | Samsung | Support Center | Prices |
| Blog | Gemini Earn® | Opportunity Fund | TradingView | Contact Us | Cryptopedia® |
| Careers | Gemini Credit Card® | Gemini Green | Brave | System Status | API Docs |
| Students | Gemini ActiveTrader® | Superlunar | Nifty Gateway® | Areas of Availability | Refer a Friend |
| Security | Gemini dollar® | | Affiliate Program | | Auction Data |
| Trust and safety | Gemini Custody® | | View All | | Marketplace & Fees |
| Newsroom | Gemini Clearing® | | | | Legal Agreements |
| Videos | Gemini Pay® | | | | Privacy Policy |
| | Gemini Wallet® | | | | |
| | Gemini Mobile | | | | |
| | Gifting Crypto | | | | |
| | Institutional Solutions | | | | |
| | Bitria by Gemini | | | | |
| | Gemini Prime | | | | |
| | View All | | | | |

   





Get started



© Copyright 2022 Gemini Trust Company, LLC.

NMLS #1518126

Legal Notice

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.