# Morgan Lewis

**Peter C. Neger**
Partner
+1.212.309.6935
peter.neger@morganlewis.com

August 1, 2022

**VIA ECF AND BY EMAIL** (Torres_NYSDChambers@nysd.uscourts.gov)

Hon. Analisa Torres, U.S.D.J.
United States District Court,
   Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  *IRA Financial Trust v. Gemini Trust Company*, LLC, 22-cv-04672-AT

Dear Judge Torres:

      This firm, together with Meland Budwick, P.A., represents plaintiff IRA Financial Trust in the above-referenced matter.  On behalf of both parties to this action, we write pursuant to this Court's Individual Rule of Practice I(C) to request an extension of time for the parties to submit a jointly-proposed Case Management Plan and Scheduling Order, which is currently due to be filed this Friday, August 5 [Dkt. 14].  This is the parties' first request for an adjournment or extension in this case.

      On June 23, 2022, this Court granted the pre-motion application of defendant Gemini Trust Company LLC for leave to file a motion to compel arbitration of plaintiff's claims in this case.  [Dkt. 13].  This Court's order established a briefing schedule for that motion which ends with the submission of defendant's reply memorandum on September 1, 2022.  Because determination of defendant's motion may impact the parties' Case Management Plan and Scheduling Order, the parties respectfully request that the Court extend the deadline for submission of those documents, if necessary, until fourteen days after the determination of defendant's motion to compel.

      Both parties thank the Court for its consideration and attention.

Respectfully,

*s/ Peter C. Neger*

Peter C. Neger

cc:  All Counsel of Record (by ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060
United States

T +1.212.309.6000
F +1.212.309.6001

DB1/ 131952065.1