UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRA FINANCIAL TRUST,<br><br>*Plaintiff,*<br><br>v.<br><br>GEMINI TRUST COMPANY, LLC,<br><br>*Defendant.* | No. 1:22-cv-04672-AT<br><br>**[PROPOSED] ORDER<br>STAYING PROCEEDINGS** |

Plaintiff IRA Financial Trust ("IRAF") and defendant Gemini Trust Company, LLC ("Gemini," and together with IRAF, the "Parties"), hereby agree as follows:

1.      Gemini's motion to compel arbitration is withdrawn, and IRAF agrees to pursue any claims between it and Gemini in arbitration.

2.      This action is stayed while any arbitration between Gemini and IRAF is pending. During this stay, Gemini shall not be required to answer, move against, or otherwise respond to the complaint in this action.

3.       Nothing in this Order shall be construed to constitute a waiver by either Party of any argument or claim, all of which are reserved.

4.    Any final arbitration award shall be binding upon the Parties in this action upon confirmation of the award.

Dated: New York, New York
        August 18, 2022

JFB LEGAL, PLLC                          MORGAN, LEWIS & BOCKIUS LLP

By s/ *John F. Baughman*                  By s/ *Peter S. Neger*

John F. Baughman                          Peter C. Neger (NY Bar #1792266)
Maryia Y. Jones                           101 Park Avenue
Daniel A. Schwartz                        New York, New York 10178
299 Broadway – Suite 1816                 (212) 309-6000
New York, NY 10007
(212) 548-3212

*Attorneys for Gemini Trust*              MELAND BUDWICK, P.A.
*Company, LLC*                            Eric Ostroff (Pro Hac Vice Forthcoming)
                                          eostroff@melandbudwick.com
                                          Barry Kamar (Pro Hac Vice Forthcoming)
                                          bkamar@melandbudwick.com
                                          Jennifer Greenberg (Pro Hac Vice Forthcoming)
                                          jgreenberg@melandbudwick.com
                                          Alex Brody (Pro Hac Vice Forthcoming)
                                          abrody@melandbudwick.com
                                          3200 Southeast Financial Center
                                          200 South Biscayne Boulevard
                                          Miami, FL 33131
                                          (305) 358-6363
                                          *Attorneys for IRA Financial Trust*


SO ORDERED:


Date: _____          _____
                                     Hon. Analisa Torres

2