USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRA FINANCIAL TRUST,

                    *Plaintiff*,

v.

GEMINI TRUST COMPANY, LLC,

                    *Defendant*.

No. 1:22-cv-04672-AT

**ORDER STAYING PROCEEDINGS**

Plaintiff IRA Financial Trust ("IRAF") and defendant Gemini Trust Company, LLC ("Gemini," and together with IRAF, the "Parties"), hereby agree as follows:

1. Gemini's motion to compel arbitration is withdrawn, and IRAF agrees to pursue any claims between it and Gemini in arbitration.

2. This action is stayed while any arbitration between Gemini and IRAF is pending. During this stay, Gemini shall not be required to answer, move against, or otherwise respond to the complaint in this action.

3. Nothing in this Order shall be construed to constitute a waiver by either Party of any argument or claim, all of which are reserved.

4.  Any final arbitration award shall be binding upon the Parties in this action upon confirmation of the award.

Dated: New York, New York
      August 18, 2022

| JFB LEGAL, PLLC | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By s/ *John F. Baughman* | By s/ *Peter S. Neger* |
| John F. Baughman<br>Maryia Y. Jones<br>Daniel A. Schwartz<br>299 Broadway – Suite 1816<br>New York, NY 10007<br>(212) 548-3212 | Peter C. Neger (NY Bar #1792266)<br>101 Park Avenue<br>New York, New York 10178<br>(212) 309-6000 |
| *Attorneys for Gemini Trust Company, LLC* | MELAND BUDWICK, P.A.<br>Eric Ostroff (Pro Hac Vice Forthcoming)<br>eostroff@melandbudwick.com<br>Barry Kamar (Pro Hac Vice Forthcoming)<br>bkamar@melandbudwick.com<br>Jennifer Greenberg (Pro Hac Vice Forthcoming)<br>jgreenberg@melandbudwick.com<br>Alex Brody (Pro Hac Vice Forthcoming)<br>abrody@melandbudwick.com<br>3200 Southeast Financial Center<br>200 South Biscayne Boulevard<br>Miami, FL 33131<br>(305) 358-6363<br>*Attorneys for IRA Financial Trust* |

By **October 24, 2022**, and every sixty days thereafter, the parties shall file a joint letter updating the Court on the status of the arbitration proceedings. The Clerk of Court is directed to terminate the motion at ECF No. 20 and STAY the case.

SO ORDERED.

Dated: August 22, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge