```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IRA FINANCIAL TRUST,

               Plaintiff,

-against-

GEMINI TRUST COMPANY, LLC,

               Defendant.
------------------------------------------------------------x

Case No. 22-cv-04672 (AT)

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, that all claims in the above-captioned action shall be, and hereby are, dismissed with prejudice pursuant to the terms of the Settlement Agreement, Nondisclosure Agreement, and Release of Claims executed by the parties on or about July 1, 2024.

Dated: July 10, 2024

MORGAN, LEWIS & BOCKIUS, LLP
By: _____
Martha Brockway Stolley, Esq.
101 Park Avenue
New York, New York 10178
Tel: (212)309-6858 Fax:(212)309-6001
Email: martha.stolley@morganlewis.com

MELAND BUDWICK, P.A.
By: _____
Alexander E. Brody, Esq.
Eric W. Ostroff, Esq.
200 South Biscayne Blvd., Suite 3200
Miami, FL 33131
Tel: (305)358-6363 Fax: (305)358-1221
Email: eostroff@melandbudwick.com
       abrody@melandbudwick.com

*Attorneys for Plaintiff, IRA Financial Trust*

BAUGHMAN KROUP BOSSE PLLC
By _____
John F. Baughman, Esq.
Maryia Y. Jones, Esq.
One Liberty Plaza – 46th Floor
1 Liberty Street
New York, NY 10006
(212) 548-3212
Email: mjones@bkbfirm.com
jbaughman@bkbfirm.com

*Attorneys for Defendant, Gemini Trust Company, LLC*

SO ORDERED.

Dated: July 18, 2024
New York, New York

_____
ANALISA TORRES
United States District Judge